# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 03/10/2023 12:24 PM David W. Slayton, Executive Officer/Clerk of Court, by M. Gomez,Deputy Clerk

Hannah Meropol (CA Bar No. 340095)
Carrie Goldberg (*pro hac vice* application forthcoming)
Adam Massey (*pro hac vice* application forthcoming)
**C.A. Goldberg, PLLC**
Email: hannah@cagoldberglaw.com
        carrie@cagoldberglaw.com
        adam@cagoldberglaw.com
16 Court St., 33rd Floor
Brooklyn, NY 11241
T: (646) 666-8908
Fax: 347-599-9998
*Attorneys for Plaintiff*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRINDR INC., a Delaware corporation, and GRINDR LLC, a California corporation,<br><br>Defendants. | Case No.:  23SMCV01084<br><br>**COMPLAINT and DEMAND FOR JURY TRIAL**<br><br>1. Strict products liability – defective design<br>2. Strict products liability – defective manufacturing<br>3. Strict products liability – defective warning<br>4. Negligence<br>5. Negligent misrepresentation<br>6. Civil cause of action under 18 U.S.C. § 1595(a). |

Plaintiff JOHN DOE, for his causes of action against Defendants GRINDR INC. and GRINDR LLC alleges:

1

COMPLAINT



C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

## PRELIMINARY STATEMENT

1.      In our society we do not allow adults to sexually abuse children.

2.      Large institutions that turned a blind eye on systematic child sexual abuse and exploitation– such as the Boy Scouts of America and the Catholic Church – have in recent years been forced to account for the widespread child abuse they facilitated.

3.      Grindr Inc. and Grindr LLC, (collectively, "Grindr" or "Defendants"), own and operate the world's largest dating application for LGBTQ+ people.

4.      For more than a decade Grindr, which claims an exclusively adult user-base, has known its core product facilitates the sexual predation of children.

5.      Grindr has long known that its product is used by LGBTQ+ children, especially those living in rural communities and conservative households who are scared to come out publicly.

6.      Grindr enables these children to frictionlessly create online profiles, without the permission or knowledge of the child's parent or guardian. Then, Grindr connects adults to these children for in-person sexual encounters.  Many of these children who experiment with Grindr are youth who do not feel safe coming out as queer in their communities. As a result, Grindr has created a generation of the already marginalized children whose first LGBTQ+ sexual encounter is with an adult, i.e., rape.

7.      Grindr's own marketing is aimed to recruit children to use its product. For instance, it promotes itself on TikTok, an app where almost a third of its users are teens, and publishes marketing videos depicting purported users at middle or high schools.

8.      Research shows that as many as 50% of all sexually active boys who identify as gay use Grindr to meet partners for sex.  Grindr, which disclaims responsibility for its child-users, routinely matches these kids with adults for the purpose of romantic connection, the exchange of sexually explicit imagery, and in-person sexual encounters.

9.      This case is about John Doe ("Doe" or "Plaintiff"). John Doe was a 15-year-old living in a small town. He loved music class and video games. At high school, he

2

COMPLAINT

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

felt out of place and had trouble socializing with his classmates. He had no friends at school.

10.    John Doe knew he was gay, but no one in his family had observed any signs that he was. He had never dated and did not know how.  He was also too ashamed to tell his parents he was gay.

11.    John Doe learned about Grindr through its marketing and downloaded Grindr's product, the "Grindr App," onto his phone. He wanted to make friends with other boys who identified as gay or bisexual. Instead, Grindr matched John Doe with four adult men.  Over a four-day period, he was sexually assaulted by each of these four adults. Three of them are now in prison, and the fourth remains at large.

12.    John Doe was expressive on the Grindr App that he was a kid. At least two of the matches occurred while he was on school property, and he sent messages using the Grindr App in which he shared photos of himself at school. John Doe also made statements consistent with his status as a child using the Grindr App, including that he lived with his parents and hoped to avoid getting into trouble with them.

13.    The assaults on John Doe were only possible because Grindr purposefully allows children to use its product and matches them with adults for the purpose of in-person sexual encounters.

14.    John Doe brings this lawsuit against Grindr for child sex trafficking and for designing and manufacturing a defective product that causes the rape of children and fails to warn of the same.

## **PARTIES**

15.    At all relevant times, Plaintiff was a resident of Nova Scotia, Canada.

16.    Upon information and belief, Defendant Grindr Inc. is a corporation organized and existing under the laws of Delaware, with its headquarters at 750 N. San Vincente Blvd, RE 1400, West Hollywood, California 90069.

3

COMPLAINT

C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

17.     Defendant Grindr LLC is headquartered at 750 N. San Vincente Blvd, RE 1400, West Hollywood, California 90069.

18.     Upon information and belief, Grindr Inc. assumed all liabilities as the successor to Grindr LLC/Grindr Group LLC upon the latter's merger with Tiga Acquisition Corp., a public company trading on the New York Stock Exchange as "TINV."

## JURISDICTION & VENUE

19.     Defendants are subject to the jurisdiction of this Court. Personal jurisdiction and venue are established because Defendants are headquartered and maintain their principal place of business in this county.

20.     Plaintiff disavows any purported user agreement with Grindr by which Grindr may attempt to compel arbitration. This disavowal is based on Plaintiff's status as a minor, as well as his disaffirmance of any such contractual agreement upon reaching the age of majority.  Any purported arbitration agreement is unconscionable and invalid because of Plaintiff's age and the disparate bargaining power between the parties. All use of the Grindr App by Plaintiff after reaching the age of majority is part of the ongoing course of sexual trauma caused by the incidents underlying this lawsuit.

## FACTUAL ALLEGATIONS

*About Grindr's Product: the Grindr App*

21.     Grindr's primary product, the "Grindr App," is an application available for download to a user's digital devices, including phones and tablets.

22.     Grindr launched the Grindr App in March 2009 and was one of the first geosocial apps specifically designed for gay and bisexual men.

23.     The Grindr App is free to download and free to use.

24.     Grindr makes its money through its in-app advertisements and tiered subscriptions. The more people who use its product and the more time they spend on it, the more money Grindr makes.

25.     Grindr is estimated to have 11 million monthly active users.

4

COMPLAINT

26.    To set up a Grindr account, Grindr asks for an email address and birth date.

27.    Grindr allows users to choose whichever birth date they want.

28.    Grindr does not verify a person's birth date if they say they are an adult.

29.    Grindr requires that minor users lie about their age and say they are eighteen or older.

30.    Once an account is created, Grindr requires users to complete a personal profile unique to that user. Grindr provides for users to select a username and upload a profile picture.  Grindr further advises users to state their height, weight, body type, their preferred sex position, and their "tribes".

31.    The Grindr App functions by "matching" geographically proximate users with one another. Geolocation is so integral to the Grindr App's functionality that the product cannot be accessed through a desktop or laptop computer because they lack the required hardware.

32.    When Grindr matches two users, Grindr provides both users with information about how proximate they are to one another.

33.    After Grindr matches two users, they can communicate with one another through its direct messaging feature which enables them to exchange private messages, including texts and photos.

34.    The Grindr App is a product.  The Grindr App is tangible – it can be seen and heard. It is available for purchase in a uniform form.  It can be moved on a screen, opened and closed. It takes up space and memory, depletes batteries.  Grindr has obtained patents for its product. Individuals who work at Grindr have titles like "Chief Product Designer."

**_Grindr intentionally markets the Grindr App to children_**

35.    Although Grindr states publicly that the Grindr App is only for adults, Grindr markets the Grindr App towards children.

COMPLAINT

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241  |  646.666.8908
WWW.CAGOLDBERGLAW.COM

36.     One of the ways Grindr targets its marketing to children is through its account on the popular social media application Instagram, which has 501,000 followers. While the precise percentage of Grindr's Instagram users who are children is unknown, at least one report has claimed that more than 40 percent of children under the age of 13 already use Instagram[1].

37.     Grindr markets the Grindr App to its approximately 116,000 followers on TikTok, a social media video site that is also popular with children. Researchers estimate that one-third of TikTok's millions of daily users in the United States are fourteen years old or younger.[2]

38.     Grindr has posted numerous videos ("TikToks") to its TikTok account which portray the use of the Grindr App by children in middle school or high school. The following screenshots exemplify this marketing strategy.

39.     In this first TikTok video posted by Grindr[3] to its official account, two young people wearing backpacks stand outside of a building with a banner indicating it's a high school. The two young people are immediately confronted by a chime that indicates one of their classmates is using the Grindr App.

---

[1] Katie Canales, "40% of kids under 13 already use Instagram and some are experiencing abuse and sexual solicitation, a report finds, as the tech giant considers building an Instagram app for kid," INSIDER (My 13, 2021), available at https://www.businessinsider.com/kids-under-13-use-facebook-instagram-2021-5.
[2] Raymond Zhong and Sheera Frenkel, "A Third of TikTok's U.S. Users May Be 14 or Younger, Raising Safety Questions," N.Y. TIMES (Aug. 14, 2020), available at https://www.nytimes.com/2020/08/14/technology/tiktok-underage-users-ftc.html.
[3] https://www.tiktok.com/@grindr/video/7132231900412022062?is_copy_url=1&is_from_webapp=v1&lang=en.

COMPLAINT

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM



40.     In a second TikTok video posted by Grindr to its official account,[4] a young person appears in a gymnasium alongside the text caption, "every gay in PE class." This video explicitly takes place in an elementary school, middle school, or high school physical education class. With this video on TikTok, Grindr is directly marketing to children and targeting them with messaging that indicates both that Grindr should be used in school, and that it should be used by children.

---

[4]https://www.tiktok.com/@grindr/video/7120344323069316398?is_copy_url=1&is_from_webapp=v1&item_id=712034433069316398&lang=en

COMPLAINT





41.     Grindr's marketing to children has been extremely effective. A study published in 2018 in the *Journal of Adolescent Health*[5] found that more than half of sexually active gay and bisexual adolescent boys found sexual partners on Grindr and other applications, though the Grindr App was by far the most popular.

42.     As a result of Grindr's effective marketing strategy, since 2015 over 100 adult men have faced criminal charges in the United States related to child sexual exploitation using Grindr.[6] No doubt this number represents but a tiny fraction of all child rapes facilitated by Grindr.

---

[5] Kathryn Macapagal et al., "Hookup App Use, Sexual Behavior, and Sexual Health Among Adolescent Men Who Have Sex With Men in the United States," 62 J. OF ADOLESCENT HEALTH 708 (2018).

[6] Jenifer McKim, "How Grindr, a Popular Gay dating App, Poses Exploitation Risk to Minors," NPR (Aug. 3, 2021), available at https://www.npr.org/2021/08/03/1024108203/how-grindr-a-popular-gay-dating-app-poses-exploitation-risk-to-minors.

COMPLAINT

C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

43.     Rather than addressing the epidemic of its product facilitating the rape of children by adults, Grindr takes the stance that it's the cost of doing business that sometimes children will be raped.

44.     However, Grindr does not itself actually experience the costs of children being harmed because it claims immunity from suit.

***Grindr facilitated and proximately caused John Doe to be raped four times***

45.     In the spring of 2019, John Doe was fifteen years old. He attended high school in Nova Scotia, Canada.

46.     Doe presented with Autism and ADHD at a young age. He was gay, but did not know how to tell people within his community.

47.     John Doe knew about Grindr. Defendant's marketing had reached a fifteen-year-old in Nova Scotia, but the message that he received – that Grindr was a community for likeminded people – bore little resemblance to reality.

48.     Using his tablet, Doe was able to download, install and activate the Grindr App almost instantaneously.

49.     Once he downloaded the Grindr App, he received a prompt telling him he'd need to be 18 or older to use it. He complied.

50.     Doe was never asked to provide any sort of age verification.

51.     Doe's parents did not know or consent to Doe downloading or using Grindr.

52.     Despite the technological sophistication of Grindr's geolocation data, which upon information and belief is accurate down to the square meter level, Doe was able to use the Grindr App without restriction while he was at school. While Doe used Grindr's App at school, other Grindr users received information about Doe's location, including how proximate he was to them.

53.     On April 4, 2019, Doe accessed the Grindr App while physically located in his high school.

9

---

COMPLAINT



54.     The Grindr App matched Doe with Noah Zwicker, an adult. Zwicker instructed Doe to send him an intimate photograph, and then gave him directions to his home.

55.     Zwicker's home was located next to Doe's school. Grindr matched Doe to Zwicker because of their geographic proximity.

56.     Grindr also informed Zwicker of his geographic proximity to Doe, which put Zwicker on notice that he was likely engaging with a child using the Grindr App at the neighboring school.

57.     Doe left school and went to Zwicker's house. Zwicker orally and anally raped him.

58.     Stunned, traumatized, and confused, John Doe returned to Grindr.

59.     On April 5, 2019, the Grindr App matched Doe with Clarence Butler, an adult.

60.     Butler used the Grindr App to meet Doe in person, and then directed Doe to accompany him to Bunker Island. Butler then demanded that the fifteen-year-old Doe perform oral sex on him; Doe complied, believing he had no choice.

61.     On April 6, 2019, the Grindr App matched Doe to a user that gave the fictitious name "Matt." Matt appeared to be in his fifties. Matt collected Doe from Doe's parents' home at approximately 2 AM in the morning, drove him to a remote location, raped Doe, and drove him back to his parents' home.

62.     On April 7, 2022, Doe exchanged messages with Scott Hazelton, an adult with whom the Grindr App matched him. Hazelton made Doe send him photographs of himself. The photos were captured in the high school's bathroom and cafeteria. Doe told Hazelton, via Grindr App direct message, that he lived with his mother and that his parents would want to meet his "boyfriend". In response to these obvious indicia that Doe was a child, Hazelton said he was interested in younger men.

10

COMPLAINT

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

63.     Hazelton arranged to pick up Doe from a gas station, drove them to Hazelton's home, and raped Doe.

64.     Doe's mother discovered he had left the family home without notifying her on the night of April 7, 2019. When confronted, Doe told her that Grindr had matched him with the men that had raped him.

65.     Upon information and belief, Grindr failed to flag Doe's account as belonging to a child. It ignored the fact that many of the logins originated from a high school, and that Doe's content depicted a child that looked fifteen who wrote of living with his mother.

66.     The Grindr App matched Doe with three men who have now been convicted of sex crimes against him, and a fourth who remains at large and a risk to the children of Nova Scotia. Zwicker was convicted of sexual interference and making sexually explicit material available to a child. He was sentenced to two years in prison for his crimes against Doe.  Butler was convicted of numerous crimes, including sexual interference and luring a child. He was sentenced to four years and six months in prison for his crimes against Doe. Matt remains at large; Canadian law enforcement, including the highly regarded Royal Mounted Canadian Police (RCMP) were unable to identify him. Hazelton was convicted of numerous crimes, including sexual interference and luring a child. He was sentenced to three years and six months in prison for his crimes against Doe.

67.     Grindr never attempted to verify Doe's age.

68.     Doe had to testify against his rapists on multiple occasions, reliving the trauma, in an attempt to obtain justice.

69.      Doe has suffered, and continues to suffer, life changing emotional and psychological injuries caused by Grindr's failure to create a safe product.

70.     Doe has suffered the castigation and judgment from people unschooled in the intersection of Autism and childhood sexual trauma who suggest he is to blame for returning to the Grindr App in that four day stretch of compounded daily assaults.

COMPLAINT

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

71. Doe suffers from severe depression. He has been admitted to psychiatric facilities for treatment. He has attempted suicide and lived with such pervasive suicidal ideation that he explicitly told his family he would not make it to age 19. That he managed to survive is a testament to his resilience and his family's support.

72. Because of the assaults, Doe has suffered from compulsive sexual behaviors.

73. Doe had to leave his high school due to the trauma. He was unable to make it through a full day of school because of his emotional and psychological torment. His grades and school performance were so bad that he had to transfer to an alternative educational facility for high school. His academic performance in his final year of school was poor. Doe never obtained a high school diploma.

74. Doe has no plans to attend college and is not employed or in employment-training.

***At the time Doe used the Grindr App, Grindr was aware that its product was defective and regularly matched kids with adults for unlawful sexual encounters***

75. Grindr was on notice that, to the extent they existed at all, its age verification systems were defective. This notice was derived from earlier lawsuits against the company and from statements by governmental entities. In February of 2019, months before Doe was raped, The United Kingdom's Culture Minister publicly announced an investigation into Grindr's age verification system[7].

76. Grindr had the means to reform its defective age verification system between February and April 2019 but chose not to do so.

77. Numerous age verification technologies were available in 2019.

---

[7] Natasha Lomas, "Dating apps face questions over age checks after report exposes child abuse," TECHCRUNCH (Feb. 11, 2019), available at https://techcrunch.com/2019/02/11/dating-apps-face-questions-over-age-checks-after-report-exposes-child-abuse/.

COMPLAINT



C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

78.     Grindr has been on notice that children were using the Grindr App and that sexual predators were using it as a targeting tool since June 20, 2014, at the latest.

79.     On June 20, 2014, William F. Saponaro filed suit against Grindr LLC in the Superior Court of New Jersey[8]. Saponaro absurdly alleged that a thirteen-year-old boy had "solicited" sex with an associate of his, and that the associate had invited Saponaro to take part a sexual encounter involving the thirteen-year-old boy. On June 28, 2012 Saponaro was arrested in New Jersey and charged with sexual assault and child endangerment for his role in the rape the child-victim. Saponaro later pled guilty to third-degree child endangerment and fourth-degree criminal coercion.

80.     Saponaro's attempt to hold Grindr responsible for his crime was unsuccessful. However, his suit and subsequently guilty plea provided Grindr with incontrovertible proof that Grindr lets children as young as thirteen use the Grindr App and that Grindr matches these kids with adults who expect sex.

81.     Other instances of Grindr matching children and adults abound in the media:

    a.  On June 29, 2016, a 31-year-old Maryland man was found guilty of soliciting sex from a fictious 15-year-old boy whose account was created by undercover law enforcement officers. Officers successfully created a profile on the Grindr App with the username "Kinky Twinkie," and the defendant arranged to have a sexual rendezvous with the fictitious child before being arrested[9].

    b.  In early 2019, a Massachusetts police officer was arrested and charged with aggravated rape and indecent assault of a 13-year-old-boy he met through Grindr. In a bid to be released from house arrest, the attorney for the

---

[8] The case was subsequently removed to the United States District Court of New Jersey, see *Saponaro v. Grindr, LLC*, 93 F. Supp. 3d 319, 321 (D.N.J. 2015).
[9] Loud Chibbaro Jr., "Md. Police sting operation targeted Grindr," WASHINGTON BLADE (Jul. 14, 2016), available at https://www.washingtonblade.com/2016/07/14/md-police-sting-operation-targeted-grindr/.

13



C.A.GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241  |  646.666.8908
WWW.CAGOLDBERGLAW.COM

defendant tried to shift the blame to the victim by noting that the child, "had been using Grindr, an online dating app, since the age of 11.[10]"

    c.    According to multiple news reports, a 25-year-old man was arrested in Boulder, Colorado, on or about December 5 2019, on charges of sexual assault and "sexual assault on a child, pattern of abuse," for having sex with a 14-year-old child he met on the Grindr App. The suspect admitted to sometimes picking the boy up from school, but claimed that he believed the child to be 18 or 19 years-old because, "in order to have a Grindr account, you have to be 18 years old".[11]

    d.    On April 11, 2022, Christopher Ohm, of Illinois, was sentenced to 458 months in federal prison for the enticement of a minor, sex trafficking of a minor, and receipt and possession of child pornography[12]. Law enforcement identified Ohm when he met with a 13-year-old boy he met on the Grindr App. Upon arrest, an investigation revealed that Ohm had also used the Grindr App to try and meet a different 15-year-old boy for sex.

    82.    Grindr's failures have harmed an unknowable number of children, young men, and other members of the LGBTQ+ community.

---

[10] Julie Manganis, "Cop charged with rape of boy wants off house arrest" THE EAGLE TRIBUNE (April 30, 2019), accessible at https://www.eagletribune.com/news/merrimack_valley/cop-charged-with-rape-of-boy-wants-off-house-arrest/article_574fea10-5305-549e-8ae9-8773d5a5a1c1.html.

[11] Janet Oravetz, "Man accused of having sex with 14-year-old boy he met on Grindr," 9NEWS.COM (Dec. 5, 2019), accessible at https://www.9news.com/article/news/crime/boulder-man-arrested-accused-sex-with-boy-met-grindr/73-e737eec1-4e11-4057-9bea-c3bfd0ee99e5.

[12] US Attorney's Office, Central District of Illinois, "Mattoon Sex Offender Sentenced to Over 38 Years in Prison for Child Enticement and Sex Trafficking Crimes" (April 11, 2022), accessible at https://www.justice.gov/usao-cdil/pr/mattoon-sex-offender-sentenced-over-38-years-prison-child-enticement-and-sex.

COMPLAINT

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

83.     Grindr's lack of age verification played an integral role in matching these children with the people who sexually assaulted them, or who would have sexually assaulted them if law enforcement had not intervened.

84.     According to GBH News, "[s]ince 2015, more than 100 men across the United States — including police officers, priests and teachers — have faced charges related to sexually assaulting minors or attempting sexual activity with youth they met on Grindr[13]."

85.     On June 6, 2022, the Atlantic, a news magazine, published an article titled, "The Teens Slipping Through the Cracks on Dating Apps". The piece discussed the lack of age verification on various dating applications, including the Grindr App. Patrick Lenihan, Grindr's vice president of communications, is quoted in the article as stating, "[w]e [Grindr] would love partnership, specifically from Apple and Google, to develop better age gate technology that respects the privacy of users while also enhancing safety.[14]" Mr. Lenihan also claimed that, "[u]se of our app by anyone under the age of consent in their country is a violation of our terms of service and we block/shut down accounts for anyone who violates those terms."

86.     As recently as September 13, 2022, Grindr told reporters, that, "it was currently working with Google and Apple to create age and identity verification technology"[15].  Upon information and belief, Grindr has not announced any concrete steps to implement the alleged "age verification system".

---

[13] Jenifer B. McKim, Phillip Martin and Gabriela Lopez, "Unseen, Part 3: Popular Gay Dating App Grindr Poses Exploitation Risk To Minors," WGBH.org (Jul. 12, 2021), available at https://www.wgbh.org/news/national-news/2021/07/12/popular-gay-dating-app-grindr-poses-exploitation-risk-to-minors.
[14] Moises Mendez II, "The Teens Slipping Through the Cracks on Dating Apps," THE ATLANTIC (June 6, 2022), available at https://www.theatlantic.com/family/archive/2022/06/teens-minors-using-dating-apps-grindr/661187/.
[15] Securities and Exchange Commission, "Filing Detail" (last accessed Mar. 8, 2023), available at https://www.sec.gov/Archives/edgar/data/1820144/000114036122033168/ny20004128x12_425.htm.

COMPLAINT

C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241  |  646.666.8908
WWW.CAGOLDBERGLAW.COM

87.     Despite increased societal acceptance of LGBTQ+ individuals, coming out remains a stressful and sensitive event in many lives. Children have turned to Grindr because they believed it to be a safe space for meeting other members of their community and did not, and could not, have understood the extent to which it was a tool used by sexual predators to target children.

88.     Doe was fortunate to have a supportive family and to live in a jurisdiction that took the crimes against him seriously. Many children who are targeted through Grindr are forced to suffer in silence, causing them shame and confusion regarding their sexual identity and orientation. The total number of victims is unknowable.

## FIRST CAUSE OF ACTION

### Strict Products Liability – Defective Design

*Against all Defendants*

89.     Plaintiff incorporates by reference all of the previous allegations in this Complaint as if fully set forth herein.

90.     Grindr placed the Grindr App on the market.

91.     The Grindr App is a product.

92.     Grindr had knowledge that the Grindr App would be used without inspection for defect, including because it represented to users that it was designed for their safety.

93.     The Grindr App was used in its intended or a reasonably foreseeable manner.

94.     The Grindr App was in a defective condition when it was released into the stream of commerce.

95.     The Grindr App was the actual and proximate cause of the injuries and damages to Plaintiff.

96.     The Grindr App is defective in that it matches adults with children for in-person sexual encounters.

16

COMPLAINT

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

97.     Many sexual encounters between adults and children are criminally illegal.

98.     The Grindr App is further defective because it facilitates the exchange of child sexual abuse material ("CSAM").

99.     The exchange of CSAM is criminally illegal.

100.    Grindr relies on its geolocation function to match users on the basis of geographic proximity. Grindr's May 2022 Investor Presentation promotes its ability to match users with the closest 100 Grindr-App users. The Grindr App facilitates these matches without regard to whether a user is underage.

101.    The geolocation feature caused John Doe injury because it ensured that the adult individuals who sought to prey on children knew Doe was nearby.

102.    Grindr's product caused Doe to be raped by four men over four days, and to share sexually explicit photos of himself with them.

103.    Doe would not have connected with the four men who raped him but for the Grindr App's failure to verify that he was an adult. Nor would the four men have had digital and physical access to Doe, a vulnerable boy within close geographic proximity, but for the Grindr App.

104.    The benefits of the Grindr App do not outweigh the risk of danger inherent in its design.

105.    Grindr's product is uniquely dangerous, even compared to peer dating apps, because of its emphasis on indiscriminate geographic matching. By "matching" children with geographically proximate adults on a platform which Grindr knows or should know is primarily used as a tool of romantic connection for the purpose of in-person sexual encounters,[16] Grindr creates a danger that boys will be victims of statutory rape and

---

[16] Kathryn Macapagal et al., "Hookup App Use, Sexual Behavior, and Sexual Health Among Adolescent Men Who Have Sex With Men in the United States," 62 J. OF ADOLESCENT HEALTH 708-715 (2018).

COMPLAINT



depicted in illegal child sexual abuse material ("CSAM"). The gravity of this danger is reflected in the associated harsh criminal penalties.

106.     It was extremely likely and foreseeable to Grindr that the dangers posed by the Grindr App– repeatedly "matching" adults to children who are geographically proximate, providing matched users with information about one another's geographic locations for the purpose of in-person sexual encounters, and facilitating the exchange of sexually explicit photos– would result in the crimes and harms that Doe experienced. Aside from these reasonably foreseeable uses of the Grindr App, evidence exists that, since 2015, over 100 adult men have faced criminal charges in the United States related to child sexual exploitation using the Grindr App.[17]

107.     A safer alternative design was and is mechanically feasible. Grindr could have prevented the injuries to John Doe through the implementation of any of the following safety features in its product:

    a.   Deployment of effective age verification tools, potentially through the use of a third-party age verification service or by requiring the submission of governmental identification containing a date of birth;

    b.   Use of geo-location technology to identify children using the Grindr App at schools;

    c.   Use of geo-fencing technology to prevent use of the Grindr App at schools;

    d.   Automated monitoring of review accounts with indicia of child use, including but not limited to: direct messages which share photographs of children or schools, mention preferences for young matches, or indicate a user is living under parental surveillance;

---

[17] Jenifer McKim, "How Grindr, a Popular Gay dating App, Poses Exploitation Risk to Minors," NPR (Aug. 3, 2021), available at https://www.npr.org/2021/08/03/1024108203/how-grindr-a-popular-gay-dating-app-poses- exploitation-risk-to-minors.

18

COMPLAINT

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

e.  Real name policies to deter predatory users from committing criminal acts;

f.  Not instructing kids to lie about their age – presently the Grindr App requires children to click a box saying they are 18+ seconds before asking for their birthdate;

g.  Collaborating with the major platforms from which users download the Grindr App (eg. the Apple or Google app stores)  to confirm that those downloading the Grindr App are not minors.

## SECOND CAUSE OF ACTION

### Strict Products Liability – Defective Manufacturing

*Against all Defendants*

108.  Plaintiff incorporates by reference all of the previous allegations in this Complaint as if fully set forth herein.

109.  Grindr manufactured, distributed, or sold the Grindr App.

110.  The Grindr App contained a manufacturing defect when it was released for distribution and sale.

111.  The manufacturing defect included, but was not limited to, the Grindr App's matching of adults and children for in-person sexual encounters.

112.  The coding and operations of the Grindr App were among the manufacturing defects.

113.  Plaintiff was harmed and the victim of statutory rape, rape, and exploitation because of Grindr's manufacturing defects.

114.  The defects were a substantial factor in causing Plaintiff's harm.

115.  Plaintiff suffered physical and emotional harms.

19

COMPLAINT



## THIRD CAUSE OF ACTION

### Strict Products Liability – Defective Warning

*Against all Defendants*

116.    Plaintiff incorporates by reference all of the previous allegations in this Complaint as if fully set forth herein.

117.    Grindr manufactured, distributed or sold the Grindr App.

118.    Grindr posed potential risks to children and the risks were known in the industry – as demonstrated by the numerous articles, court cases, and research regarding child exploitation on Grindr.

119.    The potential risks of child sexual abuse presented a substantial danger when the Grindr App is used or misused in an intended or reasonably foreseeable way.

120.    Grindr's knowledge that minors used the Grindr App and its marketing to minors was reasonably foreseeable.

121.    An ordinary consumer would not have recognized the potential risks posed by Grindr and the Grindr App.

122.    Grindr failed to adequately warn or instruct of the potential risks of child sexual exploitation.

123.    Plaintiff was harmed and the victim of statutory rape, rape, and exploitation because of Grindr's manufacturing defects.

124.    The defects were a substantial factor in causing Plaintiff's harm.

125.    Plaintiff suffered physical and emotional harms.

### FOURTH CAUSE OF ACTION

### Negligence

*Against all Defendants*

126.    Plaintiff incorporates by reference all of the previous allegations in this Complaint as if fully set forth herein.

COMPLAINT

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

127.   Grindr owes John Doe the duty to exercise reasonable care and to not aid in the rape of a child.

128.   Grindr deliberately markets its product to children.

129.   Grindr knew, or should have known, that thousands of children access the Grindr App because of its ineffective or nonexistent age verification technology.

130.   Grindr knew that convicted sexual predators had used the Grindr App to target children.

131.   Grindr breached the above duties when its product matched John Doe with adult men, including the four adult men who raped him, and allowed communications to persist between them.

132.   Grindr's conduct directly and proximately caused John Doe to be raped and suffer physical, emotional and psychological injuries.

## FIFTH CAUSE OF ACTION

### Negligent Misrepresentation

*Against all Defendants*

133.   Plaintiff incorporates by reference all of the previous allegations in this Complaint as if fully set forth herein.

134.   Grindr had a duty to John Doe to accurately inform him of the risks of using the Grindr App.

135.   Grindr negligently misrepresented that the Grindr App is designed to create a safe and secure environment for its users.

136.   Grindr had no reasonable grounds for believing the representations were true.

137.   Regardless of whether Grindr believed the representations to be true, it did not have reasonable grounds for that belief due to its awareness that children were using its product and being raped by adult men.

21

COMPLAINT

138.    Grindr intended John Doe to rely on its representation that it was a safe and secure environment for LGBTQ people.

139.    Grindr failed to exercise reasonable care in communicating this message to the general public, which included John Doe.

140.    Grindr intended to induce John Doe to rely on its misrepresentation.

141.    John Doe reasonably relied on Grindr's misrepresentation when he used the Grindr App.

142.    John Doe's reliance on Grindr's misrepresentations was a substantial factor in causing his harm.

### SIXTH CAUSE OF ACTION

**Civil Cause of action under 18 U.S.C. §1595; Civil Remedy for 18 U.S.C. § 1591 Sex Trafficking of Children or by Force, Fraud, or Coercion**

*Against all Defendants*

143.    Plaintiff incorporates by reference all of the previous allegations in this Complaint as if fully set forth herein.

144.    Grindr not only benefits from trafficking on its platform; Grindr *is* a trafficking venture. *See A.M. v. Omegle.com LLC*, No. 3:21-cv-01674-MO, 2023 WL 1470269 (D. Or. Feb. 2, 2023).

145.    Grindr knowingly, in or affecting interstate or foreign commerce, recruits, entices, harbors, advertises, maintains, patronizes, and solicits persons under the age of 18 knowing and causing them to be used in commercial sex acts.

146.    Grindr knowingly benefits financially and by increasing traffic to its platform and collecting ad revenue therefrom in a venture which recruits, entices, harbors, advertises, maintains, patronizes, and solicits persons under the age of 18 knowing and causing them to be used in commercial sex acts.

147.    Grindr knowingly introduces children to adults for in-person sexual encounters causing children to be victims of sex acts in violation of §1591.

22

COMPLAINT

C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

148.    Grindr recruits both children and adults to use its product that matches users based on geographic proximity and claims on its website that "At Grindr we've created a safe space where you can discover, navigate and get zero feet away from the queer world around you."

149.    Grindr boasts that it is a "sex-positive platform" but requires users to assent to receiving "user-generated content that could be considered objectionable in certain contexts."

150.    Grindr financially benefitted from assisting, supporting, and facilitating a venture that it knew has engaged in sex trafficking when it matched Doe with adults for the purpose of in-person sexual encounters and the exchange of sexually explicit photos and profited from Doe's use of the Grindr App. Grindr's own conduct thus violated 18 U.S.C. § 1591.

151.    Grindr knows that children use the application and Grindr matches those children with adults, knowing that it is facilitating in-person sexual experiences between the children and adults.

152.    Grindr markets to children while knowing that there is a substantial likelihood Grindr will recommend that child be paired with an adult.

153.    Grindr knows that some of its users specifically seek out child users who are on the Grindr App.

154.    Despite knowing that children use the Grindr App and are matched with predators, Grindr continues to actively solicit children, constituting Grindr's active and knowing participation in the sex trafficking of children.

155.    Grindr is not merely a beneficiary of third-party trafficking, but is itself knowingly participating in a sex trafficking venture. Grindr itself violated 18 U.S.C. § 1591(a)(1) by knowingly benefiting from a sex trafficking venture while knowing that people under the age of 18 would be caused to engage in sex acts.

23

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

156.     The sex acts occasioned by children through Grindr constitute commercial sex acts insofar as Grindr profits from all users through the sale of ads.

157.     Grindr knew that Predators frequented the Grindr App for the purposes of meeting children and engaging in child sexual exploitation.

158.     Grindr's knowledge predates the harm to John Doe and was derived from multiple lawsuits that alleged child sexual exploitation was facilitated by Grindr, from hundreds of news reports discussing child sexual exploitation facilitated by Grindr, and at least one academic study demonstrating that a large proportion of gay and/or bisexual people under the age of 18 used Grindr while they were still children.

159.     Grindr knew that children were using the Grindr App and being matched with predators. Grindr's knowledge was derived from numerous news reports, including those cited above, discussing that children use the Grindr App, and at least one academic study demonstrating that a large proportion of gay and/or bisexual people under the age of 18 used the Grindr App while they were still children.

160.     For example, a study published in the June 2018 issue of Journal of Adolescent Health revealed that as many as 50% of all sexually active boys who identify as gay use the Grindr App to meet partners for sex[18].

161.     A May 22, 2018 article published on Vice.com featured a quote about from an unnamed Grindr employee or contractor. In response to the Journal of Adolescent Health study, Grindr is quoted as saying, "Grindr does not condone illegal or improper behavior and we are troubled that an underage person may have been using our app in violation of our terms of service. Grindr services are only available for adults. Grindr encourages anyone aware of any illegal or improper activity on the app to submit a report either within the app or via email." Vice characterized the statement as "predictably lame".

---

[18] Kathryn Macapagal et al., "Hookup App Use, Sexual Behavior, and Sexual Health Among Adolescent Men Who Have Sex With Men in the United States," 62 J. OF ADOLESCENT HEALTH 708-715 (2018).

24



C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

162.   Put another way, Grindr's response acknowledged that a problem existed and rather than announcing any policy change blandly reiterated that users are responsible for policing Grindr's product.

163.   Grindr's knowledge predated the Journal of Adolescent Health report. In February of 2014, the BBC reported on a warning from the United Kingdom's National Crime Agency (NCA) to UK users of Grindr[19]. The NCA warned UK Grindr users that they had an obligation to confirm that persons they matched with on Grindr were over the age of 16 (the age of consent in that jurisdiction). The warning was issued because "the National Society for the Prevention of Cruelty to Children (NSPCC) released a report claiming an increase in the number of teenagers calling the charity's support lines after negative experiences using Grindr… the report calls out Grindr and other such apps as the easiest to abuse"

164.   Five years before John Doe was victimized, Claire Lilley from the NSPCC was quoted as saying: "[t]hese apps do have terms and conditions in place but they're simply not being enforced and as a result children are being put at risk of serious harm. We know this because of the huge increase in calls to ChildLine over the last year about issues such as online grooming."

165.   Grindr was aware of the report because it was quoted as claiming, "We do our best to ensure all users follow our strict terms-of-service policy that require users to be at a minimum age of 18. We have a diligent team of moderators focused on monitoring and ensuring users adhere to our terms-of-service guidelines."

166.   Despite Grindr's claim to employ a "diligent team of moderators" that monitored for terms of service compliance, John Doe was able to seamlessly join Grindr five years later.

---

[19] Declan Harvey, "Warning to 'sex app' users to check age of consent," BBC (Feb. 11, 2014, available at https://www.bbc.com/news/newsbeat-26039692.

25

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

167.    Despite knowing that children used Grindr and were targeted by sexual predators, Grindr made the affirmative decision to offer a product without operable age verification technology.

168.    Grindr's active solicitation of predators and children constitutes a knowing participation in the sex trafficking of children.

169.    Grindr knowingly recruits entices, provides, obtains or solicits children like John Doe, while knowing or acting in reckless regard of the fact that the person is under 18 and will be caused to engage in commercial sex acts.

170.    Grindr knowingly recruited or enticed John Doe with its promise of community.

171.    The recruitment took place knowingly, in reckless disregard of the fact that John Doe was under the age of 18 and would be caused to engage in a commercial sex act.

172.    The Grindr App is used for sex acts, including the exchange of lewd and intimate images.

173.    Grindr knows that some of some of the persons under the age of 18 have been solicited to engage in sex acts through use of its product, the Grindr App.

174.    Grindr engages in this business practice it recklessly disregards the fact that minors are being exposed to sexual harm through use of its product, the Grindr App.

## **PRAYER FOR RELIEF**

WHEREFORE Plaintiff respectfully requests judgment to be entered against Defendant as follows:

A.    Awarding compensatory damages for all physical injuries, emotional distress, psychological harm, anxiety, humiliation, physical and emotional pain and suffering, and other harm in an amount to be determined at trial;

B.    Awarding punitive damages in an amount no less than $66 million;

C.    Awarding attorneys' fees and costs pursuant to any applicable statute or law;

COMPLAINT

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

D.      Awarding pre- and post-judgment interest on all such damages, fees and/or costs; and

E.      Awarding compensatory and actual damages and reasonable attorney's fees pursuant to 18 U.S.C. §2421A(c).

F.      Awarding such other and further relief as this Court deems just and necessary.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action.

Respectfully submitted on March 10, 2023.

**C.A. Goldberg, PLLC**

By:      /S/ Hannah Meropol
         Hannah Meropol, CA Bar No. 340095
         Carrie Goldberg (*Pro hac vice*
         application forthcoming)
         Adam Massey (*Pro hac vice*
         application forthcoming)
         *Attorneys for Plaintiff*

27

COMPLAINT