# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRINDR INC., a Delaware corporation, and GRINDR LLC, a California Corporation,<br><br>Defendant. | Case No. 2:23-cv-02093-ODW-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Action Filed:     March 10, 2023<br>Action Removed:  March 21, 2023<br><br>The Hon. Otis D. Wright, II<br><br>Date:   Aug. 7, 2023<br>Time:   1:30 p.m.<br>Place:  Courtroom 5D |

# [PROPOSED] ORDER

This matter came before the Court on Defendants Grindr Inc. and Grindr LLC's Motion to Dismiss. The Court, having considered the papers submitted in support of and opposition to this motion, any oral argument, and otherwise being fully advised, finds that the motion should be granted.

Therefore, it is hereby ordered that Defendants' Motion to Dismiss is **GRANTED** and the Plaintiff's Complaint is **DISMISSED** in its entirety with prejudice.

IT IS SO ORDERED.

DATED:

By:_____
Hon. Otis D. Wright, II