JS-6
O

# United States District Court
# Central District of California

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>GRINDR INC. et al.,<br><br>          Defendants. | Case № 2:23-cv-02093-ODW (PDx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants; and
2. Plaintiff's First Amended Complaint is dismissed on the merits and with prejudice.

All dates and deadlines are **VACATED**. The Clerk shall close the case.

**IT IS SO ORDERED.**

December 28, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE